# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Christopher R. | U.S. District Court for the District of Columbia | 01/05/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 1208 Broad Street LLC |
| 2. | Director | Christian Benevolent Funeral Home, Inc. |
| 3. | Trustee | St. Albans School |
| 4. | Director | Federal Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Arnold & Porter (compensation) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Private School #1 (Washington DC) | tuition | K |
| 2. | Private School #2 (Washington, DC) | tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASG Diversified Stock Income Portfolio (Managed Acct) | | | | | | | | | |
| 2. -- 3M | A | Dividend | J | T | | | | | |
| 3. -- Abbott | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 4. -- Aflac | A | Dividend | J | T | | | | | |
| 5. -- Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 6. -- Analog Devices | A | Dividend | J | T | | | | | |
| 7. -- AT&T | A | Dividend | J | T | | | | | |
| 8. -- ADP | A | Dividend | J | T | | | | | |
| 9. -- Becton Dickinson | A | Dividend | J | T | | | | | |
| 10. -- Blackrock | A | Dividend | J | T | | | | | |
| 11. -- Chevron | A | Dividend | J | T | | | | | |
| 12. -- Chubb | A | Dividend | J | T | | | | | |
| 13. -- Clorox | A | Dividend | J | T | | | | | |
| 14. -- Colgate Palmolive | A | Dividend | J | T | | | | | |
| 15. -- Conoco Phillips | A | Dividend | | | Sold | 01/27/16 | J | A | |
| 16. -- Eaton Vance | A | Dividend | J | T | | | | | |
| 17. -- Emerson Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Eversource Energy (formerly Northeast Utilities) | A | Dividend | J | T | | | | | |
| 19.  -- ExxonMobil | A | Dividend | J | T | | | | | |
| 20.  -- Factset Research | A | Dividend | J | T | | | | | |
| 21.  -- General Dynamics | A | Dividend | K | T | | | | | |
| 22.  -- General Mills | A | Dividend | J | T | | | | | |
| 23.  -- Grainger | A | Dividend | J | T | | | | | |
| 24.  -- Harris Corp. | A | Dividend | J | T | | | | | |
| 25.  -- Illinois Tool Works | A | Dividend | J | T | | | | | |
| 26.  -- IBM | A | Dividend | J | T | | | | | |
| 27.  -- JM Smucker | A | Dividend | J | T | | | | | |
| 28.  -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 29.  -- Kellogg | A | Dividend | J | T | | | | | |
| 30.  -- Lowes Companies | A | Dividend | J | T | | | | | |
| 31.  -- McDonalds | A | Dividend | J | T | | | | | |
| 32.  -- Medtronic | A | Dividend | J | T | | | | | |
| 33.  -- Microsoft | A | Dividend | K | T | | | | | |
| 34.  -- Nextera Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Nordstrom | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 36. -- Nike | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 37. -- Norfolk Southern | A | Dividend | J | T | | | | | |
| 38. -- Novartis | A | Dividend | J | T | | | | | |
| 39. -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 40. -- PepsiCo | A | Dividend | J | T | | | | | |
| 41. -- Phillips 66 | A | Dividend | J | T | | | | | |
| 42. -- Polaris Indus. | A | Dividend | K | T | | | | | |
| 43. -- Praxair Inc. | A | Dividend | J | T | | | | | |
| 44. -- P&G | A | Dividend | J | T | | | | | |
| 45. -- Qualcom | A | Dividend | J | T | | | | | |
| 46. -- Scana Corp. | A | Dividend | J | T | | | | | |
| 47. -- Southern Company | A | Dividend | J | T | | | | | |
| 48. -- Sysco Corp. | A | Dividend | J | T | | | | | |
| 49. -- Target | A | Dividend | J | T | | | | | |
| 50. -- United Technologies | A | Dividend | J | T | | | | | |
| 51. -- VF Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Wal-Mart | A | Dividend | J | T | | | | | |
| 53.  -- Wisconsin Energy | A | Dividend | J | T | | | | | |
| 54.  Kayne Anderson Small/Mid Cap Core (Managed Acct) | | | | | | | | | |
| 55.  -- Ansys Inc. | | None | J | T | | | | | |
| 56.  -- Aspen Technology | | None | J | T | | | | | |
| 57.  -- Bank of Hawaii | A | Dividend | | | Sold | 09/26/16 | J | B | |
| 58.  -- Bank of Ozarks | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 59.  -- Berkeley WR Corp | A | Dividend | J | T | | | | | |
| 60.  -- Carlisle | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 61.  -- CDW Corp. | A | Dividend | J | T | | | | | |
| 62.  -- Chuch & Dwight | A | Dividend | J | T | | | | | |
| 63.  -- Cooper Cos | A | Dividend | J | T | | | | | |
| 64.  -- Core Labs | A | Dividend | J | T | | | | | |
| 65.  -- Drill Quip | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 66.  -- Equifax | A | Dividend | J | T | | | | | |
| 67.  -- Expeditors Intl. | A | Dividend | J | T | | | | | |
| 68.  -- Fastenal | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Jack Henry & Assoc. | A | Dividend | J | T | Sold (part) | 01/25/16 | J | B | |
| 70. -- Landstar Systems | A | Dividend | J | T | | | | | |
| 71. -- Livanova | A | Dividend | | | Sold | 08/09/16 | J | A | |
| 72. -- Manhattan Assoc | | None | J | T | Buy | 02/19/16 | J | | |
| 73. -- Manhattan Assoc | | | J | T | Buy (add'l) | 09/28/16 | J | | |
| 74. -- Manhattan Assooc | | | J | T | Buy (add'l) | 11/28/16 | J | | |
| 75. -- Monotype Holdings | A | Dividend | J | T | | | | | |
| 76. -- MSCI Inc. | A | Dividend | J | T | | | | | |
| 77. -- Nordson Corp. | A | Dividend | J | T | | | | | |
| 78. -- Primerica | A | Dividend | J | T | Sold (part) | 11/29/16 | J | B | |
| 79. -- RBC Bearings | | None | J | T | | | | | |
| 80. -- Ross Stores | A | Dividend | | | Sold (part) | 01/21/16 | J | C | |
| 81. -- Ross Stores | A | Dividend | | | Sold (part) | 09/28/16 | J | C | |
| 82. -- Ross Stores | A | Dividend | | | Sold | 11/22/16 | J | B | |
| 83. -- Signature Bank NY | | None | J | T | | | | | |
| 84. -- Snap-On Inc | A | Dividend | J | T | Sold (part) | 01/21/16 | J | C | |
| 85. -- Trip Advisor | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- Wabco Holdings | | None | J | T | | | | | |
| 87.  -- Wynn Resorts | A | Dividend | J | T | | | | | |
| 88.  Amazon | | None | L | T | | | | | |
| 89.  American Express | A | Dividend | K | T | | | | | |
| 90.  Ameriprise | A | Dividend | J | T | | | | | |
| 91.  BP | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 92.  Cisco | A | Dividend | K | T | | | | | |
| 93.  Coke | A | Dividend | K | T | | | | | |
| 94.  Eli Lilly | A | Dividend | J | T | | | | | |
| 95.  F5 Networks | | None | J | T | | | | | |
| 96.  GE | A | Dividend | K | T | | | | | |
| 97.  Intel | B | Dividend | L | T | | | | | |
| 98.  IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 99.  IShares MSCI Emrg Mrkts ETF | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 100.  IShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 101.  IShares MSCI Korea ETF | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 102.  IShares MSCI Russell 2000 ETF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares MSCI Russell MidCap ETF | A | Dividend | L | T | | | | | |
| 104. Microsoft | A | Dividend | K | T | | | | | |
| 105. Powershares QQQ Ser1 ETF | B | Dividend | L | T | | | | | |
| 106. Sarepta Therapeutics | | None | J | T | | | | | |
| 107. SPDR Barclay High Yeild Bond ETF | B | Dividend | | | Sold | 12/01/16 | J | A | |
| 108. SPDR Dow Jones Ind. ETF | A | Dividend | K | T | | | | | |
| 109. SPDR S&P 500 ETF | D | Dividend | O | T | | | | | |
| 110. Tesoro Corp | A | Dividend | K | T | | | | | |
| 111. Waste Management | A | Dividend | K | T | | | | | |
| 112. Walker & Dunlop | A | Dividend | K | T | | | | | |
| 113. AIM Liquid Assets Port. Fund | A | Dividend | L | T | | | | | |
| 114. Arrow Inv Tactical Cl. C Fund | A | Dividend | K | T | | | | | |
| 115. Baron Sm. Cap Fund | D | Dividend | M | T | | | | | |
| 116. JP Morgan Value Advantage Fund | B | Dividend | M | T | | | | | |
| 117. Legg Mason Short Dur. Muni Fund | B | Dividend | | | Sold | 12/01/16 | M | A | |
| 118. MFS International Value R5 Fund | B | Dividend | L | T | | | | | |
| 119. Prudential Jennison Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Inst. Index Fund | C | Dividend | M | T | | | | | |
| 121. Vanguard Sm. Cap Index Signal Fund | A | Dividend | L | T | | | | | |
| 122. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 123. Columbia Small Cap Growth I Fund | A | Dividend | J | T | | | | | |
| 124. Virtus Real Estate Sec. R6 Fund | A | Dividend | K | T | | | | | |
| 125. Credit Suisse Fl. Rate High Income Fund | C | Int./Div. | L | T | | | | | |
| 126. Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | | | | | |
| 127. Cullen International. High Dividend Fund | C | Dividend | M | T | | | | | |
| 128. Deutsche Managed Muni Bond Fund | A | Dividend | M | T | | | | | |
| 129. Federated Ultra Short Bond Fund | B | Dividend | M | T | | | | | |
| 130. Guggenheim Macro Oppy. Fund | D | Dividend | M | T | | | | | |
| 131. iShares TR Currency Hedged MSCI Eurozone Fund | C | Dividend | M | T | Sold (part) | 04/08/16 | J | A | |
| 132. iShares TR Currency Hedged MSCI Eurozone Fund | C | Dividend | M | T | Buy (add'l) | 06/24/16 | J | | |
| 133. Jo Hambro Intl. Fund | B | Dividend | N | T | | | | | |
| 134. Lazard Emerging Markets Equity Fund | A | Dividend | K | T | | | | | |
| 135. Manor Growth Fund | D | Dividend | M | T | | | | | |
| 136. Market Vectors Lehman Bros. High Yield ETF (Van Eck) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Metropolitan West Tot. Return Bond Fund | B | Int./Div. | L | T | | | | | |
| 138. Janus Enterprise N | A | Dividend | K | T | | | | | |
| 139. Principal High Yield Class 1 | B | Dividend | K | T | | | | | |
| 140. T Rowe Price Global Technology Fund | D | Dividend | M | T | | | | | |
| 141. Transamerica Emrgng Mrkts Debt Fund | A | Dividend | L | T | | | | | |
| 142. UBS E-TRACS Alerian MLP Index ETN | C | Dividend | L | T | | | | | |
| 143. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | | | | | |
| 144. Wisdom Tree Japan Hedged Equity Fund | B | Dividend | L | T | | | | | |
| 145. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 146. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 147. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 148. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 149. Christian Benevolent Funeral Home stock | | None | O | W | | | | | |
| 150. Commonwealth National Bank stock | | None | L | W | | | | | |
| 151. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | W | | | | | |
| 152. Career Core, Inc. | | None | L | W | | | | | |
| 153. TriPoint Capital Partners (partnership interest) | C | Distribution | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NatWest Bank Current Account | | None | J | T | | | | | |
| 155. Wells Fargo Cash Management & Sweep Accounts | A | Interest | O | T | | | | | |
| 156. Dreyfus Cash Management Accounts | A | Interest | | | Sold | 04/29/16 | N | A | |
| 157. Pershing Money Market Account | A | Interest | | | Sold | 04/29/16 | K | A | |
| 158. Christian Benevolent Funeral Home -- note receivable | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 01/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544